# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| Plaintiff, | : | Crim. No. 07-00509-002(DRD) |
| v. | : | **O R D E R** |
| DAVID JONATHAS | : | |
| Defendant. | : | |

Petitioner, David Jonathas, having moved to modify his sentence pursuant to 18 U.S.C. § 3582(c)(2); and for the reasons set forth in an opinion of even date;

IT is this 22nd day of September, 2010 **ORDERED** that the motion is denied and the Petition is dismissed with prejudice.

*s/ Dickinson R. Debevoise*
DICKINSON R. DEBEVOISE
U.S.S.D.J.